Argued May 19, affirmed May 19, petition for rehearing denied June 29, petition for review denied September 21, 1971

STATE OF OREGON, *Respondent,* v.
JOE FRANCIS STEWART, *Appellant.*

484 P2d 1127

*Douglas C. Morris,* Portland, argued the cause and filed the brief for appellant.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.